No. 81–6828. THOMPSON *v.* SCURR, WARDEN, IOWA STATE PENITENTIARY; and LONG *v.* BREWER, WARDEN, IOWA STATE PENITENTIARY. C. A. 8th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would

grant certiorari. Reported below: 668 F. 2d 999 (first case); 667 F. 2d 742 (second case).